UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-255 (NEB/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) CHRISTOPHER ALLEN EDWARDS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **SUPERSEDING INDICTMENT**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 846<br>21 U.S.C. § 851<br>21 U.S.C. § 853 |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Controlled Substances)

Beginning in on or about June 2021, and continuing through on or about October 16, 2021, in the State and District of Minnesota and elsewhere, the defendant,

**CHRISTOPHER ALLEN EDWARDS,**

did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute controlled substances, to wit: 500 grams or more of a mixture or substance containing a detectable amount of cocaine; 100 grams or more of a mixture or substance containing a detectable amount of heroin; 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, which is also known by the chemical name N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide; and a mixture or substance containing a detectible amount of methamphetamine; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.



United States v. Christopher Allen Edwards, Crim. No. 21-255 (NEB/ECW) al.

## COUNT 2
(Possession with Intent To Distribute a Controlled Substance)

On or about October 16, 2021, in the State and District of Minnesota, the defendant,

**CHRISTOPHER ALLEN EDWARDS,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## INFORMATION TO ESTABLISH PRIOR CONVICTION

Before committing the offenses charged in Counts 1 and 2 of this Superseding Indictment, the defendant **CHRISTOPHER ALLEN EDWARDS** was convicted of the following offenses, all of which are serious violent felonies, which had become final, and for which he served more than 12 months of imprisonment, that is,

| Crime | Jurisdiction | Date of Judgment (on or about) |
|---|---|---|
| Assault 2nd Degree | Olmsted County, Minnesota Criminal No. 55-K4-02-003563 | February 14, 2003 |
| Aggravated Robbery 1st Degree | Olmsted County, Minnesota Criminal No. 55-K9-04-004714 | January 25, 2007 |
| Assault 1st Degree – Great Bodily Harm | Olmsted County, Minnesota Criminal No. 55-K4-06-000414 | February 16, 2007 |

As a result of these convictions, defendant **CHRISTOPHER ALLEN EDWARDS** is subject to increased punishment under Title 21, United States Code, Section 851.

## FORFEITURE ALLEGATIONS

Counts 1 through 2 of this Superseding Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

United States v. Christopher Allen Edwards, Crim. No. 21-255 (NEB/ECW) al.

If convicted of Counts 1 or 2 of the Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense. The property to be forfeited includes, but is not limited to:

- Approximately $6,678 in cash seized from defendant Christopher Allen Edwards' residence in Stewartville, Minnesota, on or about October 16, 2021;

- Approximately $4,029.05 in cash seized from C.J.'s residence in Rochester, Minnesota, on or about October 16, 2021;

- Approximately $7,500 in cash seized from a safety deposit box registered to defendant Christopher Allen Edwards at Think Bank in Rochester, Minnesota, on or about October 18, 2021.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON