## UNITED STATES DISTRICT COURT
### District of Minnesota



**CHAMBERS OF**
**NANCY E. BRASEL**
**U.S. DISTRICT JUDGE**
**300 SOUTH FOURTH STREET**
**MINNEAPOLIS, MINNESOTA 55415**
**(612) 664-5050**

**Criminal No. 21-255 (1) (NEB/ECW)  (USA v. Christopher Allen Edwards)**

**November 17, 2022**

Members of the jury:

    On November 17, 2022, at 4:25 p.m. you asked a question regarding clarification on two sentences. See the attached question.

ANSWER:

    The Court refers the jury to the Sentencing Order contained in Exhibits 76 and 77.

_____
NANCY E. BRASEL
United States District Judge



SCANNED
NOV 21 2022
U.S. DISTRICT COURT MPLS