# UNITED STATES DISTRICT COURT
## District of Minnesota
# NOTICE OF APPEAL

USCA 8 NO _____

| | |
|---|---|
| United States of America | |
| Plaintiff | 21-255(1) (NEB/ECW) |
| vs | District Court Docket Number |
| Christopher Allen Edwards | Honorable Nancy E. Brasel |
| Defendant | District Court Judge |

Notice is given that **Christopher Allen Edwards** appeals to the United States Court of Appeals for the Eighth Circuit from the  √ Judgment & Commitment    Order (Specify) entered in this action on **August 1, 2023**

| | |
|---|---|
| *s/ Robert Meyers* | Robert Meyers |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 300 South Fourth St., Suite 107 | (612) 664-5858 |
| Street Address/Room Number | Telephone Number |
| Minneapolis     MN     55415 | August 9, 2023 |
| City     State     Zip | Date |

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

| Please Prepare a transcript of: | I am not ordering a transcript because |
|---|---|
| Pre-trial proceedings | Previously filed |
| Testimony <u>or</u> | Other (Specify) |
| Portions thereof | |
| Sentencing | |
| Post Trial Proceedings | |
| Other (Specify) | |

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)).  Method of payment __x__ Funds, _____ CJA Form 24 completed

| | |
|---|---|
| *s/ Robert Meyers* | August 9, 2023 |
| Attorney's Signature | Date |

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. **Defendant's Address:** Address Redacted

2. **Date of Sentence:** July 27, 2023      X  Jury      ___ Non-Jury

   **Offenses:** 21:841(a)(1), 841(b)(1)(B), 846 - conspiracy to distribute controlled substance

   21:841(a)(1), 841(b)(1)(B) - possession w/intent to distribute a controlled substance

   **Trial Testimony - Number of days** 4      **Bail Status:** ___

3. **Sentence and Date Imposed:** July 27, 2023 – 220 months BOP and 8 years SR

4. **Appealing:** ___ Sentence   ___ Conviction   ___ Both

   **Challenging:** ___ Application of Sentencing Guidelines

   ___ Constitutionality of Guidelines

   √ Both Application and Constitutionality

5. **Date Trial Transcript ordered by Counsel or District Court:** ___

   **Stenographer in Charge:** Renee Rogge (612) 664-5107

   (Name, Address, Phone) 300 S. 4th Street

   Minneapolis, MN 55415

6. **Trial Counsel Was:** √ Appointed (no fee required)   ___ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?

   Y Yes      ___ No

   Affidavit of Financial Status filed: N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   Yes   /   No

7. **Assistant US Attorney Name and Phone Number:** Nathan Nelson and Hillary Taylor

   (612) 664-5600

## Court Reporter Acknowledgment

_____   _____   _____
Date Order Received   Estimated Completion Date   Est. Number of Pages

_____                               _____
Court Reporter Signature                          Date

Noticeofappeal (11/05)